IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL ENGSTROM, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:17CV166 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to Rule 2(e) of the Rules Governing Habeas Corpus Cases,

IT IS ORDERED that:

(1)     Since case number 8:17CV166 attacks two separate convictions in two separate courts, but only one petition was filed, the Clerk shall open a new case and file this order in the new civil case as well as in 8:17CV166.

(2)     It is unnecessary to copy any of the filings from 8:17CV166 to the new case. The Court will take judicial notice of all such filings as of today's date for purposes of resolving the new case.

(3)     All subsequent filings shall be placed in both cases.

(4)     No separate filing fee shall be collected.

(5)     The undersigned will consider the new case to have been filed on May 15, 2017, for purposes of the statute of limitations.

DATED this 7th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge